EL PUEBLO, DEMANDANTE Y APELADO, *v.* BALZAC, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao en causa por infracción del artículo 254 del Código Penal.

No. 912.—Resuelto en junio 6, 1916.

(Resuelto por los fundamentos de la opinión en el caso del *Pueblo v. Santos,* p. 64.)

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. Rafael López Landrón.*
Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Esta apelación es en sus aspectos principales semejante al caso de *El Pueblo* v. *Santos*, pág. 64, y por los fundamentos consignados en dicho caso la sentencia apelada debe ser revocada.

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.